# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00483-RPM-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

KATICA CRIPPEN,

       Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

       On August 21, 2006, the probation officer submitted a Petition for Early Termination of Supervised Release in this case. On August 22, 2006, the Court ordered the probation officer to serve the petition on the United States and that the United States respond in writing within 15 days of date of service.

       The petition was served on the United States on August 25, 2006. The United States has had the petition for 15 days and has not submitted any objections to the proposed term of Supervised Release. Accordingly it is

       **ORDERED** that the defendant be discharged from supervision and that the proceedings in the case be terminated.

       **DATED** at Denver, Colorado, this _15th_ day of September, 2006.

                                BY THE COURT:

                                _/s/ Richard P. Matsch_
                                Richard P. Matsch
                                Senior District Judge